Fax sent by :                                           01-06-10 07:45p   Pg: 2/4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 09-789 (PGS) |
| JOSE ANTONIO REGALADO a/k/a "Efrain Torres Pagan" | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Zach Intrater, Assistant U.S. Attorney), and defendant Jose Antonio Regalado, a/k/a "Efrain Torres Pagan (by David Schafer, Esq., Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and no continuances having previously been granted in this matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

Fax from : 6999692153                     01-07-10 04:25p   Pg: 3

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this         day of January, 2010,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from January 12, 2010; and it is further

ORDERED that motions shall be filed February 10, 2010; the opposition motions shall be filed by February 25, 2010; the argument of motions is scheduled for March 11, 2010, at 2:00 p.m.; and the trial is scheduled for March 25, 2010, or a date to be set by the Court; and it is further

Fax sent by :                                                                            01-06-10 07:45p   Pg: 4/4

ORDERED that the period from November 5, 2009, through and including March 25, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
Hon. Peter G. Sheridan
United States District Judge

Form and entry
consented to:

_____
Zach Intrater
Assistant U.S. Attorney

_____
David Shafer, AFPD
Counsel for defendant Jose Antonio Regalado