# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America,   Cr. 09-789  (PGS)

   v.   O R D E R

Jose Antonio Regalado
    Defendant

It is on this 3rd day of March, 2010,

It is ordered the Mr. Jose Antonio Regalado sentenced to time served for reasons expressed on the record.

_____
PETER G. SHERIDAN, U.S.D.J.